AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| WebSock Global Strategies LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| Discord Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WebSock Global Strategies LLC.

Date: 08/28/2024

/s/ Antranig Garibian (DE Bar No. 4962)
*Attorney's signature*

Antranig Garibian (DE Bar No. 4962)
*Printed name and bar number*

Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400, Wilmington, DE 19803
(302) 722-6885
*Address*

ag@garibianlaw.com
*E-mail address*

(302) 722-6885
*Telephone number*

*FAX number*